1006

AUSTIN K. GRIFFEN et al., Respondents, v. GLOBE MOTORISTS SUPPLY CO., INC., Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

In the Matter of the Petition of ALEXANDER J. BATES et al., as Executors of KAHL C. BATES, Deceased, Appellants, to Settle the Account of KAHL C. BATES, as Executor and Trustee of WALTER T. CHATTERLEY, Deceased. LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Substituted Trustee under the Will of WALTER T. CHATTERLEY, Deceased, et al., Respondents.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

In the Matter of the Estate of ANGELINA INGINO, Deceased. JOSEPH INGINO, as Executor of ANGELINA INGINO, Deceased, Appellant; MILLIE LUCA, Respondent.

No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of the Estate of ELIZABETH C. G. RUSSELL, Deceased. STATE TAX COMMISSION, Appellant; CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor of the Will and as Trustee under a Trust Agreement dated January 3, 1928, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [178 Misc. 472.]

In the Matter of PRESCOTT W. SMITH, Respondent, against R. FORD HUGHES, Appellant.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.